CLOSED,MOTREF

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:25−mc−00438−RGA

Delaware Harness Racing Commission v. Taylor et al  
Assigned to: Judge Richard G. Andrews  
Case in other court: USDC Eastern District of Pennsylvania, 2:23−cv−04882−JHS  
Cause: Motion to Quash

Date Filed: 10/29/2025  
Date Terminated: 11/13/2025  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Petitioner**

**Delaware Harness Racing Commission**    represented by    **Lynn A. Kelly**  
Department of Justice  
Carvel State Office Building  
820 North French Street  
Wilmington, DE 19801  
Email: lynn.kelly@delaware.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Howard Taylor**

**Respondent**

**Judith Taylor**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2025 | 1 | MOTION to Quash Subpoenas (Filing fee $ 52, receipt number ADEDC−4824853) – filed by Delaware Harness Racing Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order, # 6 Certificate of Service, # 7 Notice of Motion) (cdd). (Main Document 1 replaced on 11/3/2025) (nms). (Attachment 7 replaced on 11/3/2025) (nms). (Attachment 5 replaced on 11/3/2025) (nms). (Attachment 6 replaced on 11/3/2025) (nms). (Additional attachment(s) added on 11/3/2025: # 8 Civil Cover Sheet) (nms). (Entered: 10/29/2025) |
| 10/29/2025 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (cdd) (Entered: 10/30/2025) |
| 11/03/2025 |  | CORRECTING ENTRY: PDFs at D.I. 1 has been replaced with corrected versions. The captions on the motion, proposed order, notice and certificate of service have been corrected. Further a civil cover sheet has been added to the filing per the Court's request. (nms) (Entered: 11/03/2025) |
| 11/05/2025 |  | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (alb) (Entered: 11/05/2025) |
| 11/10/2025 | 3 | ORAL ORDER: The Motion to Quash (D.I. 1 ) is now REFERRED to Magistrate Judge Eleanor G. Tennyson. Ordered by Judge Richard G. Andrews on 11/10/2025. *Motions referred to Eleanor G. Tennyson.(nms) (Entered: 11/10/2025) |

| | | |
|---|---|---|
| 11/10/2025 | 4 | ORAL ORDER – In connection with their litigation pending in the Eastern District of Pennsylvania, Respondents Howard and Judith Taylor have served third–party subpoenas on Petitioner Delaware Harness Racing Commission seeking documents and deposition testimony for use in that case. See Taylor v. Gural, No. 2:23–cv–4882–JHS (E.D. Pa. filed Dec. 11, 2023). Respondents seek to depose Petitioner on November 12, 2025. (D.I. 1 –1 at Page 1 of 3). The subpoena seeking Petitioner's deposition testimony does not, however, comply with the requirement that the matters for examination of an organization be described with "reasonable particularity." Fed. R. Civ. P. 30(b)(6). THEREFORE, IT IS HEREBY ORDERED that (1) Petitioner's motion to quash is GRANTED as to the deposition subpoena (D.I. 1 –1) and (2) Petitioner shall inform the Court on or before NOON on November 12, 2025 of whether it consents to transfer of the remainder of this subpoena–related motion to the Eastern District of Pennsylvania pursuant to Federal Rule of Civil Procedure 45(f). IT IS FURTHER ORDERED that Petitioner shall serve a copy of this order on Respondents. ORDERED by Judge Eleanor G. Tennyson on 11/10/2025. (mpb) (Entered: 11/10/2025) |
| 11/12/2025 | 5 | Letter to The Honorable Eleanor G. Tennyson, from Lynn Kelly, Esq., regarding transferring the remainder of the matter to the Eastern District Court of Pennsylvania. (Kelly, Lynn) Modified on 11/12/2025 (nms). (Entered: 11/12/2025) |
| 11/13/2025 | 6 | ORAL ORDER – In light of Petitioner's consent (D.I. 5 ), IT IS HEREBY ORDERED that the remainder of Petitioner's motion to quash is TRANSFERRED to the issuing court – the United States District Court for the Eastern District of Pennsylvania – pursuant to Federal Rule of Civil Procedure 45(f). ORDERED by Judge Eleanor G. Tennyson on 11/13/2025. (mpb) (Entered: 11/13/2025) |
| 11/13/2025 | | Case transferred to District of Eastern District of Pennsylvania. Original file, certified copy of transfer order, and docket sheet sent. (mpb) (Entered: 11/13/2025) |